```
                                              FILED
                                              April 7, 2008
    UNITED STATES DISTRICT COURT FOR THE      CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA       CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES OF AMERICA,           )
                                    )   Case No. CR. S-08-0167 FCD
            Plaintiff,              )
                                    )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
CARL EDWARD MORRISON, JR.,          )
                                    )
            Defendant.              )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  CARL EDWARD MORRISON, JR.  , Case No.  CR. S-08-0167 FCD  , Charge  Title 18 USC § 2252  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X  Bail Posted in the Sum of $ 100,000.00

    X  Unsecured Appearance Bond  Co-signed by grandson

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X  (Other) Pretrial Services Supervision of conditions of release.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  April 7, 2008  at  2:45  pm.

                                    By  /s/ Dale A. Drozd
                                        Dale A. Drozd
                                        United States Magistrate Judge