DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL EDWARD MORRISON JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:08-cr-0167 FCD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE |
| v. ) | |
| ) | |
| CARL EDWARD MORRISON JR., ) | Date: June 2, 2008 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Frank C. Damrell, Jr. |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Thomas Flynn, Assistant United States Attorney, and CARL EDWARD MORRISON JR., by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 5, 2008, be vacated and rescheduled for status conference on June 2, 2008, at 10:00 a.m.

This continuance is being requested because defense counsel needs to review the discovery received in this case and because of on-going defense investigation and preparation.

IT IS FURTHER STIPULATED that the period from May 5, 2008, through

1  and including June 2, 2008, be excluded in computing the time within
2  which trial must commence under the Speedy Trial Act, pursuant to 18
3  U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
4  preparation of counsel.

5  Dated: May 2, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
CARL EDWARD MORRISON JR.

Dated: May 2, 2008

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
THOMAS FLYNN
Assistant U.S. Attorney
per telephonic authority

    IT IS SO ORDERED.

Dated:  May 5, 2008

_____
FRANK C. DAMRELL, JR.
United States District Judge

Stip & Order                              2