```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL EDWARD MORRISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-08-167-KJM |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER REGARDING DEFENSE FORENSIC COMPUTER EXAMINATION |
| v. | |
| CARL EDWARD MORRISON, | |
| Defendant. | Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Prince, Assistant United States Attorney, attorney for Plaintiff, and Rachelle Barbour, Attorney for the Federal Defender's Office, attorney for Mr. Morrison, that the Court should approve the proposed protective order governing the defense expert's forensic examination of the computer data in this case.

In order to advise the defendant adequately, the defense of this case requires a further forensic evaluation by a knowledgeable expert of the computer hard drives which the government alleges contain images of child pornography. The parties have agreed that the attached proposed order should govern the defense examination

of the computer media and request that the Court approve the attached proposed order.

    A proposed order and certification are attached for the court's convenience.

Dated: February 9, 2011

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    */s/ Rachelle Barbour*
                                    RACHELLE BARBOUR
                                    Attorney for Defendant
                                    CARL EDWARD MORRISON

Dated: February 8, 2011

                                    BENJAMIN B. WAGNER
                                    United States Attorney

                                    */s/ Rachelle Barbour for*
                                    MICHELLE PRINCE
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Attorney
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CARL EDWARD MORRISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-08-167-KJM |
| Plaintiff, ) | PROTECTIVE ORDER CONCERNING DIGITAL MEDIA CONTAINING CHILD PORNOGRAPHY |
| v. ) | |
| CARL EDWARD MORRISON, ) | |
| Defendant. ) | Judge: Hon. Gregory G. Hollows |
| _____ ) | |

**ORDER**

IT IS HEREBY ORDERED AS FOLLOWS:

1.  This protective order concerns the duplicate copy of the hard drive and any other storage media in this case that have been made available for defense analysis.

2.  The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Rachelle Barbour, defense paralegal Julie Denny, and defendant's proposed expert, Marcus Lawson and/or Josiah Roloff, from Global CompuSearch, to review at the Hi-Tech Crimes office in Sacramento, California for the purpose of preparing for the defense of the above-entitled

1 action.  The images on the hard drive and storage media shall not
2 be viewed by any other person unless one of the aforementioned
3 members of the defense team is present and the viewing is necessary
4 to prepare for defendant's defense.
5      3.   A private room will be provided for the defense
6 examination. No Government agents will be inside the room during
7 the examination.
8      4.   The expert will be permitted to bring whatever equipment,
9 books, or records he believes may be necessary to conduct the
10 examination.
11     5.   Neither the defense expert nor defense attorneys nor the
12 defense paralegal shall remove the hard drive or other storage
13 media from the confines of the law enforcement office.
14     6.   With the exception of materials which would be considered
15 child pornography under federal law (including visual depictions
16 and data capable of conversion into a visual depiction), the expert
17 may download and remove files or portions of files, provided the
18 forensic integrity of the hard drive is not altered.  The expert
19 will certify in writing (using the attached certification), that he
20 has taken no materials which would be considered child pornography,
21 or data capable of being converted into child pornography, (under
22 federal law) and that he has not caused any child pornography to be
23 sent from the law enforcement premises by any means including by
24 any electronic transfer of files.
25     7.   Except when a defense expert fails to provide this
26 certification, no Government agent, or any person connected with
27 the Government, will examine or acquire in any fashion any of the
28 items used by the expert in order to conduct the defense analysis.

2

Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography, Government agents may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

8. When the defense indicates that it is finished with its review of the copy of the hard drives, the drive(s) or other storage devices shall be "wiped" clean.

9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO ORDERED:

Dated: February 9, 2011        /s/ Gregory G. Hollows
                               _____
                               HON. GREGORY G. HOLLOWS
                               UNITED STATES MAGISTRATE JUDGE

3

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CARL EDWARD MORRISON,<br><br>        Defendant.<br>_____ | NO. Cr. S. 08-167-FCD |

CERTIFICATION

I, _____, certify under penalty of perjury that I have not copied or removed any images of child pornography or data capable of being converted into images of child pornography, or caused the same to be transferred electronically (or by any other means) to any other location, during the course of my review of the evidence in this case.

Date: _____        _____