```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARL EDWARD MORRISON JR.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:08-cr-00167 KJM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND |
| v. | PRESENTENCE REPORT DATES |
| CARL EDWARD MORRISON JR., | |
| Defendant. | Date: April 28, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant United States Attorney, and CARL EDWARD MORRISON JR., by and through his counsel, RACHELLE BARBOUR, Esq., that the sentencing hearing presently scheduled for March 17, 2011, be vacated and rescheduled for April 28, 2011, at 10:00 a.m. This continuance is requested to allow the parties to resolve factual disputes prior to sentencing.

//

//

The parties request the following new schedule for the Presentence Investigation Report:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Informal Objections | February 17, 2011 | March 31, 2011 |
| Final PSR | February 24, 2011 | April 7, 2011 |
| Motion for Correction of the PSR | March 3, 2011 | April 14, 2011 |
| Reply or statement of non-opposition | March 10, 2011 | April 21, 2011 |

Defense counsel has consulted with United States Probation Officer Thomas Brown, who concurs with these dates.

Dated: February 24, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Attorney for Defendant
CARL EDWARD MORRISON JR.

Dated: February 24, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Rachelle Barbour for
_____
MICHELLE PRINCE
Assistant U.S. Attorney
per email authority

**O R D E R**

IT IS SO ORDERED.

Dated:  February 25, 2011.

_____
UNITED STATES DISTRICT JUDGE