```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Research and Writing Attorney
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  CARL EDWARD MORRISON JR.
 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10

11  UNITED STATES OF AMERICA,       )  NO. CR-S-08-0167 KJM
                                    )
12              Plaintiff,          )  STIPULATION AND ORDER CONTINUING
                                    )  SENTENCING HEARING AND
13       v.                         )  PRESENTENCE REPORT DATES
                                    )
14  CARL EDWARD MORRISON JR.,       )
                                    )  Date:  May 26, 2011
15              Defendant.          )  Time:  10:00 a.m.
                                    )  Judge: Hon. Kimberly J. Mueller
16  _____ )
```

It is hereby stipulated and agreed to between the United States of America through MICHELLE PRINCE, Assistant United States Attorney, and CARL EDWARD MORRISON JR., by and through his counsel, RACHELLE BARBOUR, Esq., that the sentencing hearing presently scheduled for April 28, 2011, be vacated and rescheduled for May 26, 2011, at 10:00 a.m.  This continuance is requested to allow the parties to resolve factual disputes regarding the computer forensics prior to sentencing.  In the next few weeks, both parties will be reviewing the computer evidence in this case.

The parties request the following new schedule for the Presentence Investigation Report:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Informal Objections | March 31, 2011 | April 28, 2011 |
| Final PSR | April 7, 2011 | May 5, 2011 |
| Motion for Correction of the PSR | April 14, 2011 | May 12, 2011 |
| Reply or statement of non-opposition | April 21, 2011 | May 19, 2011 |
| Judgment & Sentencing | April 28, 2011 | May 26, 2011 |

Defense counsel has consulted with Senior United States Probation Officer Thomas Brown, who concurs with these dates.

Dated: March 31, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
_____
RACHELLE BARBOUR
Attorney for Defendant
CARL EDWARD MORRISON JR.

Dated: March 31, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ Rachelle Barbour for
_____
MICHELLE PRINCE
Assistant U.S. Attorney
per email authority

**O R D E R**

IT IS SO ORDERED.

Dated: April 5, 2011.

_____
UNITED STATES DISTRICT JUDGE

2