BENJAMIN B. WAGNER
United States Attorney
MICHELLE A. PRINCE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700


IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00167-KJM |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| CARL EDWARD MORRISON, JR., | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on April 13, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Carl Edward Morrison, Jr. forfeiting to the United States the following property:

    (a)  One Gateway Computer, model MFATXPNT, serial number 0027116566; and

    (b)  One Western Digital 80GB computer hard drive, model WD800BB-53CAA0, serial number WMA8E2395570.

AND WHEREAS, beginning on April 17, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

    AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

    Accordingly, it is hereby ORDERED and ADJUDGED:

    1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Carl Edward Morrison, Jr.

    2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

    3.  The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

    SO ORDERED this 15th day of August 2011.

                                            UNITED STATES DISTRICT JUDGE